IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN L. BROWN                                                                  PLAINTIFF

VS.                                               CIVIL ACTION NO. 3:08CV559TSL-JCS

NATIONAL RAILROAD PASSENGER
CORPORATION

ORDER

It is hereby ordered that the motion of Robert Pernell for leave to intervene as a party plaintiff (docket number 55) is granted. Plaintiff shall file his complaint of intervention on or before April 2, 2009.

SO ORDERED this the 27th day of March, 2009.


                                            ___/s/ James C. Sumner_____
                                            UNITED STATES MAGISTRATE JUDGE