IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN L. BROWN                                          PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:08cv559 TSL-FKB

NATIONAL RAILROAD PASSENGER
CORPORATION, ET AL.                                DEFENDANTS

## RECUSAL ORDER

The court notes that counsel for plaintiff is a defendant in a civil suit in state court in which the law firm of which the undersigned's son is a member is the plaintiff, and accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 2nd day of March, 2010.

                                                                   /s/Tom S. Lee
                                                                    UNITED STATES DISTRICT JUDGE